UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE

JAMES HENRY TANKERSLEY                                           CASE NO. 18-60631
SUSAN RENEE FINLEY-TANKERSLEY

DEBTOR(S)

**ORDER**

This case having come before the Court upon the Motion for Relief from Stay [ECF No. 25] of Citizens Bank, by counsel, and it appearing that there is an issue as to valuation regarding [ECF No. 25], and the Court being fully advised, it is ORDERED:

1. That a valuation hearing is hereby set for October 17, 2018 at 10:30 a.m., at U.S. Bankruptcy Court, United States Courthouse Annex, U.S. District Courtroom C (3rd Floor), 310 South Main Street, London, Kentucky.
2. That the parties hereto shall submit their direct testimony by way of affidavit of each witness which shall be filed with the Court and served upon opposing parties not later than 7 days prior to the above hearing date.
3. That each such witness shall be made available and present in Court for purposes of cross-examination.
4. That each party shall be permitted to present such rebuttal evidence as shall be appropriate.
5. That failure to make available any witness for cross-examination shall disqualify any tendered affidavit of that witness for admission into evidence in the within case.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: **Friday, September 21, 2018**
(grs)